# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JOSEPH A. SOTTORIVA**

vs.                                                          Case Number:  **06-3118**

**ROCCO J. CLAPS & DANIEL W. HINES**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XXX   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott on July 6, 2007, Defendant Rocco J. Claps' Motion for Summary Judgment (d/e 18) is ALLOWED, in part, and DENIED, in part.  Summary judgment is entered in favor of Defendant Claps on Count III.  The Motion is denied in all other respects.-------------------------------------------------------------------------------------------------------

Pursuant to an order entered by the Honorable Jeanne E. Scott on March 26, 2008, Sottoriva's request for summary judgment on Count I (d/e 44) is allowed in part and denied in part.  It is allowed to preclude withholding of any amount in excess of $17,982.47 without a further due process hearing for Sottoriva.  It is otherwise denied. Defendants' Motion for Summary Judgment on Count I (d/e 42) is ALLOWED to the extent that Defendants will not be enjoined from withholding money due Sottoriva up to an amount of $17,982.47; in all other respects the Motion is denied. Also, Defendants' Motion for Summary Judgment (d/e 42) on Count II, and Plaintiff's Motion for Summary Judgment (d/e 44) on Count II are ALLOWED in part.  With respect to the determination that Sottoriva owed $24,105.03 rather than $17,982.47, partial summary judgment as to liability is entered in favor of Sottoriva and against Defendant Claps in his individual capacity.  With respect to the determination that $17,982.47 was owed as of July 1, 2005, summary judgment is granted to Defendants. --

ENTER this 28th  day of May, 2008

PAMELA E. ROBINSON, CLERK

_____s/Christy Taylor_____

BY:  DEPUTY CLERK