## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### Springfield Division

| | |
|---|---|
| JOSEPH A. SOTTORIVA,<br><br>    Plaintiff,<br> v.<br><br>ROCCO J. CLAPS, Director of the Illinois Department of Human Rights, and , DANIEL W. HYNES, Comptroller of the State of Illinois,<br><br>    Defendants. | No.: 06-cv-3118 |

### PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS

NOW COMES Plaintiff Joseph A. Sottoriva, by and through his attorneys, and in accordance with 42 U.S.C. § 1988 and this courts local rule for filing petitions for attorney's fees and costs, hereby moves this court to award plaintiff his attorney's fees and costs and in support thereof states as follows:

1. Plaintiff is a prevailing party in this cause and is entitled to attorney's fees and costs pursuant to 42 U.S.C. § 1988.

2. "In calculating reasonable attorneys' fees, the district court should first determine the lodestar amount by multiplying the reasonable number of hours worked by the market rate." *Bankston v. State of Ill.*, 60 F.3d 1249, 1255 (7th Cir. 1995).

3. "The reasonable hourly rate used in calculating the lodestar must be based on the market rate for the attorney's work. 'The market rate is the rate that lawyers of similar ability and experience in the community normally charge their

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

paying clients for the type of work in question.' " (*McNabola v. Chicago Transit Authority,* 10 F.3d 501, 519 (7th Cir. 1993) (quoting *Eddleman v. Switchcraft, Inc.,* 965 F.2d 422, 424 (7th Cir. 1992)) (internal citation omitted).

4. "The burden of proving the market rate is on the party seeking the fee award. *Gautreaux v. Chicago Housing Authority*, 491 F.3d 649,659 ( 7th Cir. 2007).

5. The affidavits of Carl Draper, Shari Rhode and Charles S. Watson are submitted herewith in support of Plaintiff's request for attorney fees. The affidavits are marked Exhibits 1 – 3 respectively.

6. Carl Draper is charging clients $250 per hour for employment law and civil rights cases when he charges by the hour.

7. This court recently found the market rate for attorneys in civil rights actions with similar qualifications and experience to be $250.00 per hour. (See Order in Davis v. City of Springfield, 03-cv-3007, d/e 411 ).

8. Plaintiff's counsel expended a reasonable amount of time considering the numerous motions to dismiss and legal challenges to this matter. The amount of time billed was directly related to the actions of the defendants and their strong opposition to the claims of the plaintiff that he was entitled to a pre-deprivation hearing.

9. In addition, a copy of all time and expenses necessarily incurred on behalf of the Plaintiff in this matter are attached hereto, as Exhibit 4.

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

WHEREFORE, Plaintiff requests this Court to award $45,372.5 as attorneys fees and costs of  $ 2,506.05  for time and expenses  up to and including June 11,  2008 in the TOTAL amount of $ 47,878.55 or for such other relief as this court deems just.

JOSEPH A. SOTTORIVA, Plaintiff

By:     /s Carl R. Draper
Carl R. Draper, Bar Number 03128847
Attorney for Plaintiff
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
e-mail: cdraper@feldman-wasser.com

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3

## CERTIFICATE OF SERVICE

  I hereby certify that on June 11, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Matthew D. Bilinski
Terrence Corrigan
Assistant Attorney General
500 S. 2nd Street
Springfield, IL 62706

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

NONE

/s Carl R. Draper
Carl R. Draper, Bar Number 03128847
Attorney for Plaintiff
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
e-mail: cdraper@feldman-wasser.com