STATE OF ILLINOIS            )
                             ) S.S.
COUNTY OF JACKSON            )

## AFFIDAVIT

Shari R. Rhode, being first duly sworn on oath, states and deposes that she is an attorney licensed to practice law in the State of Illinois. She further states that the following matters set forth in this affidavit are based solely on her personal knowledge and are true and correct. She further states and deposes as follows:

1. I am an attorney licensed to practice law in the State of Illinois since 1976 and licensed in the United States District Court for the Central and Southern Districts of Illinois as well as the 7th Circuit Court of Appeals. I have tried or appealed cases in all levels of these courts.

2. I have been engaged in the private practice of law in Jackson County since 1976.

3. Prior to private practice, I was employed as Chief Trial Counsel for Southern Illinois University ("SIU") from 1980-2004. I was employed by SIU in the office of Legal Counsel beginning in 1976. During that time, I represented SIU and various administrators in civil rights, administrative law issues and employment law claims.

4. The focus of my practice is on employment, discrimination and civil rights law primarily in federal court.

5. For more than 20 years I have been a speaker or writer of materials of continuing legal education on the civil practice topics of my practice, including trial practices.

1

6. There are few private lawyers in Southern and Central Illinois practicing in the area of employment law, civil rights actions, administrative law or complex litigation on behalf of individuals against businesses or governmental agencies or officials.

7. Based upon my experience in these areas of law there are fewer lawyers willing to accept cases involving claims for individuals in federal courts.

8. I am familiar with the legal skills of Carl Draper as I have monitored several of his cases over the past years since he handles legal issues similar to those I handle. He has a strong understanding of the intricacies in these areas of law. He is a strong advocate for his clients and is well prepared. His skill and willingness to advocate in novel areas of the law are unique among other Illinois attorneys.

9. I represent both Plaintiffs and Defendants in Illinois and currently charge and receive $300.00 per hour.

10. On average I receive between 10-20 calls per week from persons through Illinois concerning requests for civil rights and employment discrimination matters.

11. In my experience, litigation with government bodies is made especially difficult by the number of motions filed, the various immunities that apply to governmental bodies or officials and difficulty in obtaining cooperation for discovery or pre-trial preparation.

12. Based on almost 30 years as an in-house litigation for a State University, it is my opinion that governmental lawyers have a different attitude toward the costs of litigation as opposed to private practitioners.

13. I believe the quality of Carl Draper's professional service is equal to mine and should be compensated at the same hourly rate as I am.

14. Because of the complexity of the issues and facts in the present litigation, it is my opinion that it would be reasonable to award a multiplier to the hourly fee award after taking into consideration the complexity of the case, the risks of litigation and the amount of work that the attorneys in this case had to forego in order to try this case before a jury in federal court.

Further affiant sayeth not.

_____
Shari R. Rhode

Subscribed and sworn to before me this 25th day of April, 2008.

_____
Notary Public

REBECCA A. KILL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 18, 2011