## SOTTORIVA FEE REPORT

055975 SOTTORIVA, JOSEPH

| Date | Lawyer | Hours |
|---|---|---|
| Aug  1/2005 Lawyer: | CRD | 0.75 |

Conference with Joe Sottoriva re: state recoupment of overpayment of wages

| Aug 16/2005 Lawyer: | CRD | 0.75 |

Review file and phone call to Lynne Turner; email and phone call to Joe Sottoriva; Draft authorization for release of information and conference with Joe Sottoriva

| Aug 17/2005 Lawyer: | CRD | 0.25 |

Review emails from Joe Sottoriva and reply

| Aug 22/2005 Lawyer: | CRD | 0.50 |

Review email from Joe Sottoriva and reply; Conference with Joe Sottoriva and Ron Pitts

| Aug 25/2005 Lawyer: | CRD | 0.50 |

Review emails from Joe about further grievance meetings and reply; Phone call from Ray Luna

| Aug 26/2005 Lawyer: | CRD | 0.75 |

Phone call from Ray Luna; Legal research on Comptroller payroll offset/garnishment rules

| Aug 30/2005 Lawyer: | CRD | 0.10 |

Review email from Joe Sottoriva and reply

| Sep  1/2005 Lawyer: | CRD | 1.50 |

Union grievance follow  up negotiations on wage overpayment claim

| Sep  6/2005 Lawyer: | CRD | 0.25 |

Letter to Ray Luna

| Sep 27/2005 Lawyer: | CRD | 0.50 |

Phone call from Joe Sottoriva reviewing IDHR letter; Legal research: Comptroller offset rules; Letter to Joe Sottoriva

| Date | Lawyer | Hours |
|---|---|---|
| Oct 17/2005 Lawyer: | CRD | 0.25 |

Conference with Joe Sottoriva
re: filing appeal to Comptroller

| | | |
|---|---|---|
| Oct 18/2005 Lawyer: | CRD | 1.50 |

Prepare Protest of Withholding

| | | |
|---|---|---|
| Oct 24/2005 Lawyer: | CRD | 0.20 |

Review letter from Comptroller;
Letter to Joe Sottoriva

| | | |
|---|---|---|
| Nov  2/2005 Lawyer: | CRD | 0.25 |

Review Comptroller Notice on wage
withholding; Prepare Protest

| | | |
|---|---|---|
| Nov 14/2005 Lawyer: | AKD | 0.25 |

Prepare protest letter

| | | |
|---|---|---|
| Jan 19/2006 Lawyer: | CRD | 0.50 |

Appeal letter to Comptroller re: obtaining hearing;
Letters to Governor,
Lt. Governor and state representatives

| | | |
|---|---|---|
| Jan 19/2006 Lawyer: | AKD | 0.25 |

Letter to office of comptroller (protest)

| | | |
|---|---|---|
| Jan 26/2006 Lawyer: | CRD | 1.00 |

Conference with Joe Sottoriva re: appeals or
claims to challenge unfair hearing process

| | | |
|---|---|---|
| Feb  1/2006 Lawyer: | AKD | 0.25 |

Prepare Protest Letter

| | | |
|---|---|---|
| Feb  1/2006 Lawyer: | CRD | 4.50 |

Legal research on due process claim;
Review Comptroller's Act and rules;
Legal research APA Contested Case procedures;
Phone call to Joe Sottoriva

| | | |
|---|---|---|
| Feb  2/2006 Lawyer: | CRD | 1.00 |

Conference with Joe Sottoriva re: filing civil rights action

| | | |
|---|---|---|
| Feb  9/2006 Lawyer: | CRD | 0.50 |

Phone call from Joe Sottoriva; Letter to Joe Sottoriva

| Date | Lawyer | Hours |
|---|---|---|
| Feb 10/2006 Lawyer: Phone call from Whitney Rosen; Letter to Whitney Rosen | CRD | 0.50 |
| Feb 15/2006 Lawyer: Prepare Protest Letter | AKD | 0.25 |
| Feb 21/2006 Lawyer: Phone call from Whitney Rosen; Phone call to Joe Sottoriva | CRD | 0.50 |
| Feb 23/2006 Lawyer: Prepare Subpoena and Notice of Deposition for Don Motley. | AKD | 0.50 |
| Jan 26/2007 Lawyer: Letter to Joe Sottoriva | AKD | 0.25 |
| May 3/2006 Lawyer: Review letter from Joe Sottoriva with e-mail from IDHR CFO; Letter to IDHR | CRD | 0.40 |
| May 15/2006 Lawyer: Phone call from Joe Sottoriva; Review pay stub from Joe Sottoriva | CRD | 0.25 |
| May 17/2006 Lawyer: Legal research on payroll voucher process; Conference with Joe Sottoriva | CRD | 1.00 |
| May 26/2006 Lawyer: Phone call from Joe Sottoriva; Phone call to Whitney Rosen (Comptroller office) re: false payroll vouchers; Legal research on due process violations of Dept. of Human Rights officials; Outlining Complaint | CRD | 2.00 |
| May 30/2006 Lawyer: Legal research on State Finance Act; Phone conference with Whitney Rosen | CRD | 0.50 |

| Date | Lawyer | Hours |
|---|---|---|
| Jun 5/2006 Lawyer: | CRD | 6.00 |

Legal research State Finance Act, Comptroller rules and due process claims for wage garnishments; Draft Complaint; email to Joe Sottoriva

| | | |
|---|---|---|
| Jun 6/2006 Lawyer: | CRD | 3.25 |

Revise Complaint; Outline Preliminary Injunction Issues

| | | |
|---|---|---|
| Jun 7/2006 Lawyer: | CRD | 2.25 |

Draft Affidavit and Motion for Preliminary Injunction;
Conference with Joe Sottoriva;
Finalize Motion for Summary Judgment;
File Complaint and Motion.

| | | |
|---|---|---|
| Jun 8/2006 Lawyer: | AKD | 0.30 |

Prepare Summonses for Claps & Hynes

| | | |
|---|---|---|
| Jun 13/2006 Lawyer: | CRD | 0.25 |

Letter to Ray Luna, Whitney Rosen and Attorney General Madigan

| | | |
|---|---|---|
| Jun 13/2006 Lawyer: | CRD | 4.50 |

Draft Memorandum of Law in support of Motion for Preliminary Injunction

| | | |
|---|---|---|
| Jun 14/2006 Lawyer: | CRD | 2.00 |

Letters to IDHR, Comptroller and Attorney General; Revise and file Memorandum of Law

| | | |
|---|---|---|
| Jun 16/2006 Lawyer: | AKD | 0.25 |

Prepare Notice of Hearing

| | | |
|---|---|---|
| Jun 22/2006 Lawyer: | CRD | 0.20 |

Review Entry of Appearance

| | | |
|---|---|---|
| Jun 30/2006 Lawyer: | CRD | 0.20 |

Phone call from Joe Sottoriva

| | | |
|---|---|---|
| Jul 3/2006 Lawyer: | CRD | 0.25 |

Email to Zoe Newton re: preliminary injunction hearing; Phone call from Zoe Newton

| Date | Type | Code | Hours |
|---|---|---|---|
| Jul  5/2006 | Lawyer: | CRD | 2.75 |

Phone call to Joe Sottoriva; Conference with Joe Sottoriva preparing for preliminary injunction hearing; Legal research on mootness; Prepare for hearing

| | | | |
|---|---|---|---|
| Jul  6/2006 | Lawyer: | CRD | 3.00 |

Prepare for hearing (exhibits, outline of evidence and argument); Court hearing on Motion for Preliminary Injunction (settled in court)

| | | | |
|---|---|---|---|
| Jul 11/2006 | Lawyer: | CRD | 0.25 |

Phone call from Joe Sottoriva

| | | | |
|---|---|---|---|
| Aug 23/2006 | Lawyer: | CRD | 0.25 |

Phone call from Joe Sottoriva re: pleadings and his interview for promotion

| | | | |
|---|---|---|---|
| Aug 24/2006 | Lawyer: | CRD | 0.20 |

Email to Zoe Newton re: extension for response to Motion to Dismiss

| | | | |
|---|---|---|---|
| Aug 25/2006 | Lawyer: | CRD | 0.50 |

Prepare Motion for Extension of Time

| | | | |
|---|---|---|---|
| Sep  8/2006 | Lawyer: | CRD | 6.40 |

Letter to Joe Sottoriva; Legal research and drafting Memorandum of Law Opposing Motion to Dismiss

| | | | |
|---|---|---|---|
| Sep 13/2006 | Lawyer: | CRD | 0.25 |

Phone call from Joe Sottoriva

| | | | |
|---|---|---|---|
| Oct  2/2006 | Lawyer: | CRD | 0.25 |

Review email from Joe Sottoriva and reply

| | | | |
|---|---|---|---|
| Oct  4/2006 | Lawyer: | CRD | 0.50 |

Phone call with Joe Sottoriva re: recall to active duty; Letter to Zoe Newton

| | | | |
|---|---|---|---|
| Oct 10/2006 | Lawyer: | CRD | 0.25 |

Phone call from AAG Zoe Newton

| Date | Role | | Hours |
|---|---|---|---|
| Oct 26/2006 | Lawyer: | CRD | 0.75 |

Phone call from Joe Sottoriva; Draft Memo RE: Salary during active military duty and e-mail to Joe Sottoriva; Letter to Zoe Newton.

| | | | |
|---|---|---|---|
| Oct 27/2006 | Lawyer: | CRD | 1.75 |

Set up calculation spread sheet for wage claim issues; Phone call from Zoe Newton; Conference with law clerk on wage payment calculations.

| | | | |
|---|---|---|---|
| Oct 30/2006 | Lawyer: | CRD | 0.80 |

Review e-mail with activation orders from Joe Sottoriva and reply; Review wage calculation spread sheet with law clerk.

| | | | |
|---|---|---|---|
| Oct 31/2006 | Lawyer: | CRD | 0.50 |

Review wage overpayment calculations with law clerk.

| | | | |
|---|---|---|---|
| Nov  2/2006 | Lawyer: | CRD | 0.50 |

Review wage claim calculations with law clerk; Review letter from Zoe Newton.

| | | | |
|---|---|---|---|
| Nov  6/2006 | Lawyer: | CRD | 1.00 |

Review letter from Zoe Newton; Conference with Joe Sottoriva; e-mail to Zoe Newton; Letter to Zoe Newton.

| | | | |
|---|---|---|---|
| Nov  9/2006 | Lawyer: | CRD | 0.50 |

Read Motion for Summary Judgment.

| | | | |
|---|---|---|---|
| Nov 29/2006 | Lawyer: | CRD | 3.50 |

Draft Motion for Stay, Rule 56 Affidavit and Memorandum of Law; Legal research: Soldiers and Sailors Civil Relief Act and FRCP 56.

| | | | |
|---|---|---|---|
| Nov 30/2006 | Lawyer: | CRD | 3.50 |

Legal research on wage deduction defenses and due process claims, Eleventh Amendment.

| | | | |
|---|---|---|---|
| Dec 11/2006 | Lawyer: | CRD | 0.20 |

Review email from Joe Sottoriva and reply

| Date | | | |
|---|---|---|---|
| Dec 12/2006 Lawyer: | | CRD | 0.50 |

Phone call from Zoe Newton

| Dec 13/2006 Lawyer: | | CRD | 1.00 |
|---|---|---|---|

Legal research recent due process case (Harrington v. Heavey); Review email from Joe Sottoriva and reply; Phone call from Zoe Newton

| Dec 15/2006 Lawyer: | | CRD | 0.50 |
|---|---|---|---|

Review e-mail from Joe Sottoriva and Zoe Newton.

| Dec 18/2006 Lawyer: | | CRD | 0.75 |
|---|---|---|---|

Phone call from Joe Sottoriva re: status and settlement authority; Review Court Order denying Motion to Dismiss

| Dec 21/2006 Lawyer: | | CRD | 0.25 |
|---|---|---|---|

Letter to Joe Sottoriva

| Dec 27/2006 Lawyer: | | CRD | 0.75 |
|---|---|---|---|

Review Court Opinion, Letter from Zoe Newton and proposed Memorandum of Understanding;

| Jan  4/2007 Lawyer: | | CRD | 0.25 |
|---|---|---|---|

Review email from Joe Sottoriva and reply

| Jan  8/2007 Lawyer: | | CRD | 0.50 |
|---|---|---|---|

Phone call from Joe Sottoriva; Review calendar year income breakdowns

| Jan 11/2007 Lawyer: | | CRD | 0.75 |
|---|---|---|---|

Review Answer and Affirmative Defenses
Letter to Joe Sottoriva

| Jan 22/2007 Lawyer: | | CRD | 1.00 |
|---|---|---|---|

Draft proposed Scheduling Order; Phone conference with Zoe Newton reviewing Order; Letter to Joe Sottoriva

| Jan 24/2007 Lawyer: | | CRD | 0.30 |
|---|---|---|---|

Review letter from Zoe Newton; Conference with Mike Armour (CPA) re: corrected W-2

| Date | | | Hours |
|---|---|---|---|
| Jan 25/2007 Lawyer: | | CRD | 0.25 |
| Case management conference with Magistrate Judge Cudmore | | | |
| Jan 30/2007 Lawyer: | | CRD | 0.25 |
| Phone call from Joe Sottoriva re: settlement authority | | | |
| Jan 31/2007 Lawyer: | | CRD | 0.25 |
| Review email from Joe Sottoriva and reply on settlement authority | | | |
| Feb  2/2007 Lawyer: | | CRD | 1.00 |
| Calculations for settlement discussions; Review 2003-04 tax returns; email to Joe Sottoriva | | | |
| Feb  3/2007 Lawyer: | | CRD | 0.50 |
| Check tax calculations with accountants; email to Joe Sottoriva | | | |
| Feb  5/2007 Lawyer: | | CRD | 1.00 |
| Review email from Joe Sottoriva and reply; Draft settlement letter to Zoe Newton; Review approval from client' email to Zoe Newton; Review email from Zoe Newton | | | |
| Feb 16/2007 Lawyer: | | CRD | 0.50 |
| Review email and wage information from Joe Sottoriva; Review email from Zoe Newton re: Rule 26 disclosures and reply | | | |
| Feb 20/2007 Lawyer: | | CRD | 0.25 |
| Review letter and pay stubs from Joe Sottoriva | | | |
| Feb 23/2007 Lawyer: | | CRD | 1.25 |
| Draft Rule 26 disclosures; Letter to Zoe Newton; Review IDHR Rule 26 Disclosure and letter from Zoe Newton re: settlement | | | |

| Date | Description | Code | Hours |
|---|---|---|---|
| Feb 23/2007 Lawyer: | Phone call from Zoe Newton | CRD | 0.30 |
| Feb 26/2007 Lawyer: | Review email from Joe Sottoriva re: disclosures and settlement and reply | CRD | 0.25 |
| Mar  6/2007 Lawyer: | Review wage calculations for settlement; email to Joe Sottoriva; Phone call from Joe Sottoriva; Letter to Zoe Newton; Phone call from Zoe Newton | CRD | 1.25 |
| Mar 12/2007 Lawyer: | Review defendant disclosures; email to Joe Sottoriva re: deposition scheduling; Letter to Zoe Newton | CRD | 0.50 |
| Mar 13/2007 Lawyer: | Phone call from Zoe Newton re: settlement; Prepare deposition list; Additional note on wage calculations for Newton letter | CRD | 0.50 |
| Mar 13/2007 Lawyer: | Email to Joe Sottoriva settlement offer; Review response declining offer | CRD | 0.25 |
| Mar 14/2007 | Phone call from Zoe Newton | | |
| Mar 15/2007 Lawyer: | Detailed email re: breakdown of settlement negotiations | CRD | 0.25 |
| Mar 27/2007 Lawyer: | Review letter and email from Zoe Newton; email to Joe Sottoriva re: deposition schedule; Phone call to Zoe Newton | CRD | 0.50 |

| Date | Timekeeper | Hours |
|---|---|---|
| Mar 27/2007 Lawyer: | CRD | 1.00 |

Review supplemental disclosures and privilege log; email to Joe Sottoriva

| | | |
|---|---|---|
| Mar 28/2007 Lawyer: | CRD | 0.40 |

Phone call from Joe Sottoriva reviewing recent disclosures and preparation for depositions; Review email from Valerie Harris and reply

| | | |
|---|---|---|
| Mar 28/2007 Lawyer: | CRD | 0.50 |

Prepare Notices of Deposition for State witnesses

| | | |
|---|---|---|
| Mar 29/2007 Lawyer: | AKD | 1.25 |

Prepare Notice of Deposition for Nancy Kavanaugh, Lynne Turner, Pete Romario, Steve Vlasec & Carla Huffman

| | | |
|---|---|---|
| Apr  2/2007 Lawyer: | CRD | 0.25 |

Phone call from Zoe Newton re: deposition schedule

| | | |
|---|---|---|
| Apr  3/2007 Lawyer: | CRD | 3.00 |

Review discovery; prepare for depositions; Phone call to Zoe Newton re: deposition exhibits

| | | |
|---|---|---|
| Apr  3/2007 Lawyer: | CRD | 2.00 |

Review supplemental disclosures (500 pp) for depositions

| | | |
|---|---|---|
| Apr  4/2007 Lawyer: | CRD | 0.20 |

Review email from Zoe Newton and reply

| | | |
|---|---|---|
| Apr  4/2007 Lawyer: | CRD | 5.00 |

Deposition of Lynne Turner

| | | |
|---|---|---|
| Apr  5/2007 Lawyer: | CRD | 7.00 |

Depositions of Steve Valasek, Carla Huffman and Pete Romano; email to Joe Sottoriva

| Date | Lawyer | Code | Hours |
|---|---|---|---|
| Apr  6/2007 Lawyer: | Conference with Joe Sottoriva; Depositions of Nancy Kavanaugh and Joe Sottoriva | CRD | 7.00 |
| Apr 16/2007 Lawyer: | Review deposition transcripts; Legal research: Income tax consequences and options for damages/remedies | CRD | 2.00 |
| Apr 17/2007 Lawyer: | Review Motion for Summary Judgment; Abstract depositions for response; Draft response to Statement of Uncontested Facts | CRD | 5.50 |
| Apr 18/2007 Lawyer: | Organize Exhibits for Response to Motion for Summary Judgment; Begin Statement of Additional Undisputed Facts | CRD | 4.50 |
| Apr 19/2007 Lawyer: | Drafting Statement of Uncontested Facts | CRD | 1.00 |
| Apr 19/2007 Lawyer: | Drafting Memorandum of Law in Opposition to Motion for Summary Judgment | CRD | 1.00 |
| Apr 20/2007 Lawyer: | Draft Response to Motion for Summary Judgment; Draft Motion for Relief from Page Limits; Review, revise and file pleadings | CRD | 7.00 |
| Apr 24/2007 Lawyer: | Review court order; Phone call from Zoe Newton re: extension and discovery | CRD | 0.30 |
| May  1/2007 Lawyer: | Review letter from Zoe Newton and Request to Produce; Prepare response to Request to Produce and letter to AAG Newton | CRD | 0.75 |
| May 10/2007 Lawyer: | Review letter from Zoe Newton re: discovery objections | CRD | 0.25 |

| Date | Type | | Hours |
|---|---|---|---|
| May 23/2007 Lawyer: | | CRD | 0.25 |

Phone call from Joe Sottoriva; email to Joe Sottoriva

| | | | |
|---|---|---|---|
| Jun  9/2007 Lawyer: | | CRD | 1.00 |

Review Motion to Compel and discovery requests; Outline of response

| | | | |
|---|---|---|---|
| Jun 18/2007 Lawyer: | | CRD | 1.00 |

Legal research on scope of discovery

| | | | |
|---|---|---|---|
| Jun 18/2007 Lawyer: | | CRD | 2.50 |

Draft Response to Motion to Compel

| | | | |
|---|---|---|---|
| Jun 19/2007 Lawyer: | | CRD | 0.25 |

Review discovery Order; e-mail to Joe Sottoriva

| | | | |
|---|---|---|---|
| Jul  2/2007 Lawyer: | | CRD | 0.75 |

Review Reply on Motion to Compel; Review court order on discovery

| | | | |
|---|---|---|---|
| Jul  3/2007 Lawyer: | | Law Clerk | 4.00 |

Legal Research for Motion to Certify Class

| | | | |
|---|---|---|---|
| Jul 12/2007 Lawyer: | | CRD | 0.25 |

Review email from Joe Sottoriva and reply answering questions about Order

| | | | |
|---|---|---|---|
| Jul 27/2007 Lawyer: | | CRD | 0.30 |

Email to Joe Sottoriva; Return phone call from Joe Sottoriva; email to Zoe Newton

| | | | |
|---|---|---|---|
| Aug  6/2007 Lawyer: | | Law Clerk | 3.00 |

Drafting Motion to Certify Class

| | | | |
|---|---|---|---|
| Aug  6/2007 Lawyer: | Law Clerk | | 1.00 |

Legal Research for Memorandum of Law in Support of Motion to Certify Class

| | | | |
|---|---|---|---|
| Aug 13/2007 Lawyer: | | CRD | 1.00 |

Review bank statements; Prepare Supplemental Response to Request to Produce; Letter to Zoe Newton

| Date | Role | Initials | Hours |
|---|---|---|---|
| Aug 13/2007 Lawyer: | | Law Clerk | 2.00 |

Research for brief in support of Motion to Certify Class

| | | | |
|---|---|---|---|
| Aug 15/2007 Lawyer: | | CRD | 1.00 |

Review Objection and exhibit; Review of deposition transcripts and exhibits to prepare response

| | | | |
|---|---|---|---|
| Aug 15/2007 Lawyer: | | CRD | 1.50 |

Draft Memorandum of Law in Opposition to Objection

| | | | |
|---|---|---|---|
| Aug 16/2007 Lawyer: | | CRD | 0.50 |

Revise Memorandum and file

| | | | |
|---|---|---|---|
| Oct 16/2007 Lawyer: | | CRD | 0.50 |

Review Opinion overruling discovery objections; Phone call from Joe Sottoriva re: concluding discovery

| | | | |
|---|---|---|---|
| Jan  5/2008 Lawyer: | | CRD | 4.00 |

Draft Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Jan  6/2008 Lawyer: | | CRD | 2.00 |

Draft Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Jan  7/2008 Lawyer: | | CRD | 5.00 |

Final draft of Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Jan  8/2008 Lawyer: | | CRD | 1.00 |

Review Defendants' Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Jan  8/2008 Lawyer: | | CRD | 0.25 |

Conference with AKD  re: legal research on adequacy of grievance to satisfy due process

| | | | |
|---|---|---|---|
| Jan  8/2008 Lawyer: | | CRD | 0.40 |

Phone call from Joe Sottoriva

| Date | Role | Initials | Hours |
|---|---|---|---|
| Jan 11/2008 | Lawyer: | CRD | 0.30 |

Review argument memo from AKD re: inadequacy of grievance in satisfying due process

| | | | |
|---|---|---|---|
| Jan 30/2008 | Lawyer: | CRD | 2.00 |

Review Defendant's Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Jan 30/2008 | Lawyer: | CRD | 3.50 |

Review record and outline notes for brief; Respond to Statement of Uncontested Facts; Legal research: cases cited in Defendants' Motion; Begin draft of Response Argument

| | | | |
|---|---|---|---|
| Jan 31/2008 | Lawyer: | CRD | 3.75 |

Draft Argument for Response to Defendants' Motion for Summary Judgment and file with court

| | | | |
|---|---|---|---|
| Feb 11/2008 | Lawyer: | CRD | 0.50 |

Phone call to Terry Corrigan; Prepare Motion for Extension of Time

| | | | |
|---|---|---|---|
| Feb 14/2008 | Lawyer: | CRD | 2.00 |

Draft Reply in Support of Motion for Summary Judgment

| | | | |
|---|---|---|---|
| Mar 11/2008 | Lawyer: | CRD | 0.25 |

Letter to Joe Sottoriva; Letter to Terry Corrigan

| | | | |
|---|---|---|---|
| Mar 14/2008 | Lawyer: | CRD | 0.20 |

Review email from Joe Sottoriva re: recent increases and fluctuations in salary

| | | | |
|---|---|---|---|
| Mar 17/2008 | Lawyer: | CRD | 0.10 |

Phone call to Terry Corrigan re: trial preparation

| | | | |
|---|---|---|---|
| Mar 20/2008 | Lawyer: | CRD | 0.25 |

Phone call from Terry Corrigan

| | | | |
|---|---|---|---|
| Mar 25/2008 | Lawyer: | CRD | 0.75 |

Phone call to Gail Noll; email to Terry Corrigan; Draft Joint Motion to Continue

| Date | | | Hours |
|---|---|---|---|
| Mar 26/2008 Lawyer: | | CRD | 1.50 |

Review Opinion granting partial summary judgment; Letter to Joe Sottoriva; Review Order; Phone call to Terry Corrigan

| | | | |
|---|---|---|---|
| Mar 27/2008 Lawyer: | | CRD | 0.25 |

Phone call from Joe Sottoriva re: review of Summary Judgment Order and settlement authority

| | | | |
|---|---|---|---|
| Mar 27/2008 Lawyer: | | CRD | 0.50 |

Begin analysis of fees for petition; email to Shari Rhode

| | | | |
|---|---|---|---|
| Apr  3/2008 Lawyer: | | CRD | 0.50 |

Email to Terry Corrigan; Phone call from Matt Billinski

| | | | |
|---|---|---|---|
| Apr  4/2008 Lawyer: | | CRD | 0.25 |

Phone call from Matt Billinski re: taxes and settlement

| | | | |
|---|---|---|---|
| Apr  9/2008 Lawyer: | | CRD | 0.25 |

Phone call from Gail Noll re: Motion to Reconsider and trial scheduling

| | | | |
|---|---|---|---|
| Apr 10/2008 Lawyer: | | CRD | 1.00 |

Phone call from Joe Sottoriva re: continuance and Motion to Reconsider; Phone call to Judge Scott Clerk Art Cornell; Additional call from Art Cornell; Phone call to Matt Billinski and report to court agreed dates for trial

| | | | |
|---|---|---|---|
| Apr 23/2008 Lawyer: | | CRD | 0.25 |

Review email and affidavit from Shari Rhode and reply

| | | | |
|---|---|---|---|
| May  5/2008 Lawyer: | | CRD | 0.10 |

Review email from Joe Sottoriva and reply

| | | | |
|---|---|---|---|
| May  5/2008 Lawyer: | | CRD | 0.20 |

Phone call to Matt Bilinski

| | | | |
|---|---|---|---|
| May  6/2008 Lawyer: | | CRD | 0.50 |

Draft and File Motion for Extension of Time

| Date | Lawyer | Code | Hours |
|---|---|---|---|
| May 6/2008 | Lawyer: | CRD | 2.00 |

Draft Response to Motion to Reconsider

| May 7/2008 | Lawyer: | CRD | 2.50 |
|---|---|---|---|

Prepare for trial; Draft Final Pretrial Order;
Phone call from Matt Bilinksi;
emails to Matt Bilinski

| May 8/2008 | Lawyer: | CRD | 0.20 |
|---|---|---|---|

Review email from Matt Bilinski and reply

| May 8/2008 | Lawyer: | CRD | 0.75 |
|---|---|---|---|

Prepare Witness and Exhibit Lists;
email to Matt Bilinski

| May 12/2008 | Lawyer: | CRD | 0.50 |
|---|---|---|---|

Review Matt Bilinksi emails and amendments
to Final Pretrial Order and reply

| May 12/2008 | Lawyer: | CRD | 2.00 |
|---|---|---|---|

Conference with Joe Sottoriva; Court
Hearing; Final Pretrial Conference

| May 22/2008 | Lawyer: | CRD | 0.25 |
|---|---|---|---|

Review file and email to Matt Bilinksi

| May 27/2008 | Lawyer: | CRD | 0.20 |
|---|---|---|---|

Email to Matt Bilinksi re: exhibits for trial

| May 27/2008 | Lawyer: | CRD | 1.00 |
|---|---|---|---|

Conference with Joe Sottoriva preparing for trial

| May 27/2008 | Lawyer: | CRD | 0.50 |
|---|---|---|---|

Review email from Matt Bilinski re: tax
returns and reply; Phone call to Matt Bilinski

| May 27/2008 | Lawyer: | CRD | 0.80 |
|---|---|---|---|

Phone call with Matt Bilinski re: settlement;
Phone conference call with Judge Scott's chambers

| Date | Timekeeper | Hours |
|---|---|---|
| May 28/2008 Lawyer: | CRD | 1.00 |

Conference with Joe Sottoriva; Court hearing concluding case

| | | |
|---|---|---|
| May 28/2008 Lawyer: | CRD | 1.25 |

Legal research 42 USC 1998 and Rule 54; Start Draft Petition for Attorney's Fees and Costs

| | | |
|---|---|---|
| May 29/2008 Lawyer: | CRD | 0.25 |

Review docket entry and Order to enter Judgment; email to Joe Sottoriva

| | | |
|---|---|---|
| June 9/2008 | CRD | 3.5 |

Draft Motion for Attorney Fees; Draft Affidavit; Prepare fee listing exhibits

| | | |
|---|---|---|
| June 10/2008 | SMM | 4.0 |

Prepared client fee ledger

| | | |
|---|---|---|
| June 11/2008 | SMM | 1.5 |

Continuing to prepare fee ledger

| | | |
|---|---|---|
| June 11/2008 | CRD | 1.0 |

Prepared fee petition and client ledger for filing
Review supporting affidavits


TOTALS:

| | |
|---|---|
| Attorney Carl R. Draper | 176.0 hours |
| Paralegal AKD | 1.8 hours |
| Paralegal SMM | 5.5 hours |
| Law Clerk | 11.0 hours |

COSTS AND EXPENSES

```
055975-2         SOTTORIVA, JOSEPH
Sottoriva v. Daniel Hynes
```

| | | |
|---|---|---|
| June 13, 2006: | Service of Summons. | 25.00 |
| June 16, 2006: | Service of Notice of Hearing. | 25.00 |
| 7/17/2006 | USDC Springfield filing fee | 350.00 |
| 04/02/2007 | Copies | 18.75 |
| 05/22/2007 | Deposition Transcripts | 2,012.30 |
| 11/16/2007 | Accounting Expense Tax Calculation | 75.00 |
| Total | | 2,506.05 |