IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOSEPH A. SOTTORIVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  06-3118 |
| | ) | |
| ROCCO J. CLAPS, Director of the | ) | |
| Illinois Department of Human Rights, | ) | |
| and, DANIEL W. HINES, | ) | |
| Comptroller of the State of Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STRIKE; OR, IN THE ALTERNATIVE, FOR LEAVE TO CONDUCT LIMITED DISCOVERY AND FOR AN ENLARGEMENT OF TIME**

Now come defendants, DANIEL W. HYNES, Comptroller of the State of Illinois, and ROCCO J. CLAPS, Director of the Department of Human Rights of the State of Illinois, by their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their motion for leave to conduct limited discovery and for an enlargement of time, represents unto the Court as follows:

1.  Plaintiff has filed a petition with this Court seeking attorneys' fees and costs pursuant to 42 U.S.C. §1988.

2.  In support of his petition, plaintiff has submitted three affidavits from three witnesses to be considered by the Court.

3.  None of the affidavits are from persons who were identified as possible witnesses by plaintiff in his Rule 26 Disclosures attached hereto as Exhibit A.

4.  Further, in paragraph 2 of his Rule 26 Disclosures, plaintiff does not identify the existence of these affidavits as documents he intends to rely on nor does plaintiff

identify that there is a contract for legal services.

5.     In §3 of his Rule 26 Disclosures, plaintiff does not identify as one of the category of damages that he was going to pursue attorneys' fees.  Further, plaintiff does not disclose any of the information that appears in his petition as to hourly rates; or the affidavits for witnesses he is relying upon.

6.     Because plaintiff failed to disclose any of these witnesses, or the information he is now pursuing relating to attorneys' fees, defendants have been denied the fundamental notice tenant of due process; they were also denied the opportunity to conduct discovery on these unknown witnesses and into the information provided in the affidavits.

7.     Based upon plaintiff's failure to disclose that he was pursuing attorneys' fees as a category damages in his Rule 26 Disclosure, the hourly rate he was going to be claiming, and the names of witnesses he was going to be tendering to the Court to provide affidavits, this Court should strike the attorneys' fee petition, and the non-disclosed witness testimony and affidavits.

8.     Alternatively, if the Court is not going to strike the non-disclosed information it should reopen discovery for sixty days to allow the defendant to conduct limited discovery on the non-disclosed information and enlarge the time the defendant has to respond to the attorneys' fee petition to 21 days after the close of this additional discovery.

WHEREFORE, defendants respectfully request that this honorable Court strike the attorneys' fee petition and affidavits; or, in the alternative reopen discovery and grant an

enlargement of time in which to respond to the petition.

        Respectfully submitted,

        DANIEL W. HYNES, COMPTROLLER OF THE STATE
        OF ILLINOIS and ROCCO J. CLAPS,

          Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

          Attorney for Defendants

        By:  s/Matthew D. Bilinsky
            Matthew D. Bilinsky, #6217270
            Assistant Attorney General
            Attorney for Defendants
            Office of the Attorney General
            500 South Second Street
            Springfield, IL 62706
            Telephone: (217) 782-5819
            Facsimile: (217) 524-5091
            E-mail: mbilinsky@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2008, I presented the foregoing Motion for Leave to Conduct Limited Discovery and for Enlargement of Time for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

      cdraper@feldwass.com

and I hereby certify that on June 27, 2008, I have mailed by United States Postal Service, the document to the following non-registered participant:

      None

      Respectfully submitted,

      s/Matthew D. Bilinsky
      Matthew D. Bilinsky, #6217270
      Assistant Attorney General
      Attorney for Defendants
      Office of the Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 782-5819
      Facsimile:  (217) 524-5091
      E-mail: mbilinsky@atg.state.il.us