# FELDMAN, WASSER, DRAPER & COX

ATTORNEYS AND COUNSELORS AT LAW

HOWARD W. FELDMAN*
STANLEY N. WASSER
CARL R. DRAPER
J. RANDALL COX
KELLI E. GORDON*

*FELLOW OF THE AMERICAN
ACADEMY OF MATRIMONIAL LAWYERS

MICHELLE L. BLACKBURN
MARISSA N. SPENCER

THOMAS J. IMMEL,
OF COUNSEL

October 15, 2008

Karen McNaught
Matthew D. Bilinski
Terrence Corrigan
Assistant Attorney General
500 S. 2nd Street
Springfield, IL 62706

RE: Joseph Sottoriva Wage Claim
    Our File No. 055975

Dear Karen:

I am puzzled by the Motions that your office filed about my Motion for Attorney's Fees. In any event, if you have questions that I can answer, please just give me a call. I do not mind answering questions about billing rates, any of the entries on time sheets or other matters so that you can properly address the Motion for the attorney's fees. Frankly, I think we could voluntarily cooperate in answering your questions faster than you might obtain a ruling from Judge Scott.

It certainly is my desire to be cooperative. All of the time that I spend seeking the award of attorney's fees becomes additional hours to be billed and I don't need those additional hours currently with my busy schedule. Please let me know what I can do to help with moving this forward efficiently.

Very truly yours,

s/Carl R. Draper

Carl R. Draper

CRD:smh

cc: Joe Sottoriva

EXHIBIT A



## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

October 20, 2008

Carl R. Draper
Feldman, Wasser, Draper & Benson
1307 South Seventh
Post Office Box 2418
Springfield, IL 62705

**VIA FACSIMILE AND U.S. MAIL**

Re:   *Joseph Sottoriva vs. Rocco Claps, et al.*
      USDC-CD IL No. 06-3118; Your File No. 055975

Dear Mr. Draper:

In response to your correspondence of October 15, 2008, I am willing to attempt to resolve any issues on attorney's fees in the above-referenced case without the need for formal discovery. As such, I request that you provide the following information to me by Monday, October 27, 2008.

The hourly rate actually paid by Dawn DeFraties and Michael Casey in the Civil Service Commission and Circuit Court cases and the dates the services were rendered. In addition, please provide the names and dates of any, and all, clients that paid less than $250.00 per hour in the past five years; the rate the client paid; and the type of case. Also, if any client has been billed at a discounted rate, please provide the original billing rate; what the discounted rate was; and the dates charges were incurred. Further, please provide the names of all clients who paid you $250.00 per hour (when the fees were actually paid by the client); the date the services were rendered; and the type of case.

If you prefer not to supply this information to me as you have offered without formal discovery requests, please let me know so that I can inform the Court that we were unable to resolve this matter without the need for formal discovery. As you know, the date by which I must respond is Friday, October 31, 2008. Therefore, I would like to know by next Monday, if I need to file a formal response with the Court.

If you have any questions, please contact me. I can be reached at 782-1841.

Sincerely yours,

s/Karen L. McNaught

Karen L. McNaught
Assistant Attorney General



500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416